

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 05 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0573              DATE: 8/3/2015
COA #: 12-15-00126-CV    TC#:
STYLE: IN THE INTEREST OF T. W., C. W., JR., W. W., S. W.
AND D. W., CHILDREN
    v.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702